# EXHIBIT 1

## 2454CV000601 Brown, Donald v. Citibank, N.A.

- Case Type:
- Civil
- Case Status:
- Open
- File Date
- 11/08/2024
- DCM Track:
-
- Initiating Action:
- Money Action - District Court Filing (c231 §§ 103-104)
- Status Date:
- 11/08/2024
- Case Judge:
-
- Next Event:
-

**All Information**    **Party**    **Docket**    **Disposition**

### Party Information

**Brown, Donald**
- Plaintiff

| Alias | Party Attorney |
|---|---|

More Party Information

**Citibank, N.A.**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Doe, John**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Doe, John**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Doe, John**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Doe, John**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Doe, John**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Doe, Jane**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Doe, Jane**
**- Defendant**

| Alias | Party Attorney |
|-------|----------------|

**More Party Information**

**Doe, Jane**
**- Defendant**

| Alias | Party Attorney |
|-------|----------------|

**More Party Information**

**Doe, Jane**
**- Defendant**

| Alias | Party Attorney |
|-------|----------------|

**More Party Information**

**Doe, Jane**
**- Defendant**

| Alias | Party Attorney |
|-------|----------------|

**More Party Information**

## Docket Information

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|-------------|-------------|-------------|--------------|
| 11/13/2024 | Complaint filed | | Image |
| 11/13/2024 | Statement of damages filed by Plaintiff alleging tort action for damages of more than $25000. (Dist./Mun.Cts.Supp.R.Civ.P. 102A) | | |
| 12/02/2024 | Return of service on complaint and summons to Citibank, N.A.: Long-arm service SERVED (Mass.R.Civ.P. 4(f)). | | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|-------------|------|------------|
| Pending | | |