FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS** 2025 MAR 17 PM 12: 55

U.S. DISTRICT COURT
**CA# 1:24-cv-13084-AK** DISTRICT OF MASS.

DONALD L. BROWN                              )
     **Plaintiff**                           )
Vs.                                          )
CITIBANK, N.A. ET AL                         )
     DEFENDANT

### STIPULATION OF VOLUNTARY DISMISSAL

**Plaintiff. hereby requests that the case be Voluntarily Dismissed with prejudice because the parties have resolved their differences**

**DONALD L BROWN**
**PRO SE**

**95 UNIVERSITY AVE APT 2128**
**WESTWOOD, MA 02090**
donaldloringbrown@gmail.com
**781 708 9654**

**Dated: MARCH 12, 2025**